**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**MANHATTAN DIVISION**

| | |
|---|---|
| In re: | ) Bankruptcy Case |
| **Elizabeth Thomas**, | ) Case No. 25-11431-jpm-13 |
| Debtor. | ) Chapter 13 |
| Elizabeth Thomas, | ) |
| Plaintiff, | ) |
| v. | ) Bankr. Adv. Pro. No. 25-01153-jpm |
| P.C.F. Properties in TX, LLC, | ) District Court Case Nos.: |
| Defendant. | ) 1:26-cv-868-PAE |
| | ) 1:26-cv-871-PAE |

**OBJECTION TO MOTIONS TO WITHDRAW THE REFERENCE**

P.C.F. Properties in TX, LLC ("P.C.F."), by and through its undersigned counsel, hereby files this objection to Elizabeth Thomas' motions to withdraw the reference, filed in Case Nos. 1:26-cv-868-PAE [D.I. 1] and 1:26-cv-871-PAE [D.I. 1] (collectively, the "Motions". While the Motions were meritless when filed, the Motions are now moot, as the Bankruptcy Court has dismissed Ms. Thomas' bankruptcy case and her adversary proceeding against P.C.F. and both matters are now closed. A true and correct copy of the Bankruptcy Court's order is attached hereto as Exhibit A

**WHEREFORE,** P.C.F. respectfully requests this Court deny the Motions as MOOT and close the above-captioned District Court matters.

| | |
|---|---|
| Dated: February 16, 2026 | **ARMSTRONG TEASDALE LLP** |
| | |
| | */s/ Andrew Lolli* |
| | Andrew Lolli |
| | 400 Park Ave., 12th Floor |
| | New York, NY 10022 |
| | Telephone: (212) 209-4400 |
| | Email: alolli@atllp.com |
| | |
| | *Attorneys for P.C.F. Properties in TX, LLC* |