UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Plaintiff, ELIZABETH THOMAS

-v-

Defendant. P.C.F. PROPERTIES IN TX, LLC

------------------------------------------------------------x

AMENDED
ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

26 Civ. 871    (PAE ) (GS )

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☒ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Specific Non-Dispositive Motion/Dispute:*

☐ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

☐ Settlement*

☐ Inquest After Default/Damages Hearing

☐ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose:_____

☐ Habeas Corpus

☐ Social Security

☒ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Dkt. 1

All such motions: Yes

*Do not check if already referred for general pretrial.

Dated February 19, 2026

SO ORDERED:

_Paul A. Engel_
United States District Judge